Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Nevada

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-Individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Howard
   First name

   _____
   Middle name

   Misle
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   XXX – XX – ___ ___ ___ ___   OR   9 XX – XX – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Debtor   Howard Misle                                       Case number (if known)_____

6. **Debtor's address**

   **Principal residence**

   2777 Paradise Road, Unit 104
   Number    Street

   Las Vegas                          NV      89109
   City                               State   ZIP Code

   Clark County
   County

   **Principal place of business**

   Number    Street

   City                               State   ZIP Code

   County

   **Mailing address, if different from residence**

   Number    Street

   City                               State   ZIP Code

7. **Type of business**

   ☐ Debtor does not operate a business

   *Check one if the debtor operates a business:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☑ None of the above

8. **Type of debt**

   **Each petitioner believes:**

   ☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

   ☑ No
   ☐ Yes. Debtor _____   Relationship _____
       District _____ Date filed _____   Case number, if known _____
                                MM / DD / YYYY

       Debtor _____   Relationship _____
       District _____ Date filed _____   Case number, if known _____
                                MM / DD / YYYY

Official Form 105         Involuntary Petition Against an Individual         page **2**

Debtor  Howard Misle                                    Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Cass, Inc., a California corporation | Final Judgment | $ 750,060.00 |
| Chal Sulprizio, an individual | Final Judgment | $ 336,509.00 |
| Nico Alloys, Inc., a California corporation | Final Judgment | $ 293,179.29 |
| | Total | $ 1,379,748.29 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Howard Misle                         Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

x _[signature]_

Signature of petitioner or representative, including representative's title

Cass, Inc, a California corporation
Printed name of petitioner

Date signed _____ MM / DD / YYYY

Mailing address of petitioner
2730 Peralta St.
Number  Street
Oakland          CA     94607
City             State  ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City     State    ZIP Code

**Attorneys**

x _[signature]_

Signature of attorney

Andrew R. Muehlbauer
Printed name

Muehlbauer Law Offices, Ltd.
Firm name, if any

7915 W. Sahara Ave., Suite 104
Number  Street
Las Vegas              NV     89117
City                   State  ZIP Code

Date signed  9/24/2018
             MM / DD / YYYY

Contact phone (702) 330-4505   Email andrew@mlolegal.com

Debtor **Howard Misle**

Case number (if known) _____

X _(signature)_
Signature of petitioner or representative, including representative's title

Nico Alloys, Inc., a California corporation
Printed name of petitioner

Date signed ___ MM / DD /YYYY

Mailing address of petitioner

4316 Marina City Dr. #919C
Number    Street

Marina Del Rey    CA    90292
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City    State    ZIP Code

X _(signature)_
Signature of petitioner or representative, including representative's title

Chal Sulprizio
Printed name of petitioner

Date signed ___ MM / DD /YYYY

Mailing address of petitioner

2730 Peralta St.
Number    Street

Oakland    CA    94607
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City    State    ZIP Code

---

X _(signature)_
Signature of Attorney

Andrew R. Muehlbauer
Printed name

Muehlbauer Law Offices, Ltd.
Firm name, if any

7915 W. Sahara Ave., Suite 104
Number    Street

Las Vegas    NV    89117
City    State    ZIP Code

Date signed  9/24/18
MM / DD /YYYY

Contact phone (702) 330-4505    Email andrew@mlolegal.com

X _(signature)_
Signature of Attorney

Andrew R. Muehlbauer
Printed name

Muehlbauer Law Offices, Ltd.
Firm name, if any

7915 W. Sahara Ave., Suite 104
Number    Street

Las Vegas    NV    89117
City    State    ZIP Code

Date signed  9/24/2018
MM / DD /YYYY

Contact phone (702) 330-4505    Email andrew@mlolegal.com

## ADDITIONAL PETITIONERS ATTACHMENT

| Name of Petitioner | Nature of Petitioner's Claim | Amount of Claim |
|---|---|---|
| Larry Levine, an individual | Final Judgment | $216,795.04 (excluding interest) |
| Denyse Macmillan, an individual | Final Judgment | $216,795.04 (excluding interest) |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 11 U.S.C. §§152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. §303(i).

**Petitioners**

X _[signature]_
Signature of petitioner

LARRY LEVINE, an individual
Printed name of petitioner

9/19/18
Date signed

Mailing address of petitioner

4316 Marina City Dr. #919C
Marina Del Rey, CA 90292

X _[signature]_
Signature of petitioner

DENYSE MACMILLAN, an individual
Printed name of petitioner

_____
Date signed

Mailing address of petitioner

1501 Cabernet Circle
Santa Rosa, CA 95403

**Attorneys**

X _[signature]_
Signature of attorney

Andrew R. Muehlbauer
Printed name

Muehlbauer Law Offices, Ltd.
7915 W. Sahara Ave., Suite 104
Las Vegas, NV 89117

9/24/2018
Date signed

Tel (702) 330-4505  Email andrew@mlolegal.com

X _[signature]_
Signature of attorney

Andrew R. Muehlbauer
Printed name

Muehlbauer Law Offices, Ltd.
7915 W. Sahara Ave., Suite 104
Las Vegas, NV 89117

9/24/2018
Date signed

Tel (702) 330-4505  Email andrew@mlolegal.com