NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Michael Smith, CA SBN: 259267 (mike@langleylegal.com)
Heidi M. Cheng, CA SBN: 289419 (heidi@langleylegal.com)
LAW OFFICES OF LANGLEY & CHANG
4158 14th St. Riverside, CA 92501 / Tel: (951) 383-3388

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re:

HOWARD MISLE,

Debtor.

BK- 18-15705-leb

CHAPTER 7

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

_Heidi M. Cheng_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in _Los Angeles_____, _California_____.

2. That Petitioner is an attorney at law and a member of the law firm of _Law Offices of Langley & Chang_____, with offices at _____

_4158 14th St._____

_Riverside_____, _California_____, _92501_____

3. That Petitioner has been retained personally or as a member of the law firm by

1   _see Attachment A_____ to provide legal representation in connection
2   with the above-entitled case now pending before this Court.

3   4. That since _May 24, 2013_____, Petitioner has been and presently is a member in good
4   standing of the bar of the highest Court of the State of _California_____ where Petitioner
5   regularly practices law.

6   5. That Petitioner was admitted to practice before the following United States District Courts,
7   United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8   States on the dates indicated for each, and that Petitioner is presently a member in good standing of
    said Courts.                                              Date Admitted
9   Central District of California_____          8/19/2013_____
10  _____            _____
11  _____            _____
12  _____            _____
13
14  6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
    suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
15  administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16  proceedings, except as described in detail below:
    none_____
17  _____
18  _____
19  _____
20  _____
21  _____.

22  7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
    of any denied admission):
23  none_____
24  _____
25  _____
26  _____.

2

8. That Petitioner is a member of good standing in the following Bar Associations:
California State Bar
American Bar Association
_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/30/2015 | litigation | US District Court, District of Nevada | granted |
|  | bankruptcy | Bankruptcy Court, District of Nevada | pending |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 7/30/18                                              _____
                                                                              Petitioner's Signature

1  STATE OF <u>California</u>        )
                                     )
2  COUNTY OF <u>Los Angeles</u>   )

3

4  <u>Heidi M. Cheng</u>_____, Petitioner, being first duly sworn, deposes and says:
   That the foregoing statements are true.
5

6                                                         _____
7                                                              Petitioner's Signature

8  (SEAL)

9  Subscribed and sworn to me before this

10

11 _____ day of _____, _____.

12 _____Notary public

13                    Attached   Notary   Form;

14

15

16

17

18

19

20

21

22

23

24

25

26

4

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**              GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____                    _____
Signature of Document Signer No. 1                 Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this __30__ day of __July__, 20_18_,
by
(1) __Heidi Melissa Cheng__
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

SAKO CHARKHEDIAN
Notary Public – California
Los Angeles County
Commission # 2198406
My Comm. Expires May 21, 2021

Seal
Place Notary Seal Above

---------- OPTIONAL ----------

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____   Document Date: _____
Number of Pages: _____   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

## **ATTACHMENT A**

Chal Sulprizio
CASS, Inc.
Larry Levine
Denyse Macmillan
NICO ALLOYS, Inc.

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

July 26, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HEIDI M. CHENG, #289419 was admitted to the practice of law in this state by the Supreme Court of California on May 24, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records