NVB 250E (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                          BK−18−15705−leb
                                                CHAPTER 7
HOWARD MISLE

                Alleged Debtor(s)         AMENDED SUMMONS TO DEBTOR
                                          IN INVOLUNTARY CASE

**To the above named alleged debtor(s):**

A petition under title 11, United States Code was filed against you on 9/24/18 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of the summons. A copy of the petition is attached.

| Address of the Clerk: |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Foley Federal Building and U.S. Courthouse<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |

At the same time, you must also serve a copy of the motion or answer upon the petitioner/petitioner's attorney.

| Name and Address of Petitioner/Petitioner's Attorney: |
| --- |
| Muehlbauer Law Office, Ltd.<br>7915 West Sahara Ave., Suite 104<br>Las Vegas, NV 89117 |