Lenard E. Schwartzer, Esq., NV Bar No. 399
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone:   (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com

*Attorneys for Howard Misle*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>HOWARD MISLE,<br><br>               Alleged Debtor. | Case No. BK-S-18-15705-leb<br><br>Chapter 11 (Involuntary)<br><br>**DECLARATION OF HOWARD MISLE IN SUPPORT OF MOTION FOR DISMISSAL OF INVOLUNTARY CASE**<br><br>Hearing Date:   , 2018<br>Hearing Time: |
|---|---|

    Howard Misle declares under penalty of perjury under the law of the State of Nevada, the following:

    1.    I am over 18 years of age and state the following based on personal knowledge.

    2.    Since the beginning of this year, my only income has come from Abram Texas Management, LLC ("ATM") which manages marijuana grow facilities in Nye County, Nevada.

    3.    My income is either wired to ATM's bank account or delivered to me in cash.

Dated: November 7, 2018.

_____
Howard Misle

Prepared by:

/s/Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146
Tel: (702) 228-7590
*Counsel for Howard Misle*