Lenard E. Schwartzer, Esq., NV Bar No. 399
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:      (702) 892-0122
E-Mail:           bkfilings@s-mlaw.com

*Attorneys for Howard Misle*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>HOWARD MISLE,<br><br>Alleged Debtor. | Case No. BK-S-18-15705-leb<br><br>Chapter 11 (Involuntary)<br><br>**NOTICE OF HEARING REGARDING MOTION FOR DISMISSAL OF INVOLUNTARY CASE**<br><br>Hearing Date:   December 17, 2018<br>Hearing Time:  1:30 p.m. |
|---|---|

**NOTICE IS HEREBY GIVEN** that Howard Misle (the "Alleged Debtor"), by and through his counsel, Schwartzer & McPherson Law Firm, requests entry of an order for dismissal of this involuntary Chapter 7 case on the grounds that the Alleged Debtor's current income comes from management of a marijuana business and such assets cannot be administered by a Chapter 7 Panel Trustee or the Bankruptcy Court.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1):  . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

///

///

///

///

1

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, email: bkfilings@s-mlaw.com, phone: 702-228-7590, or fax: 702-892-0122.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **December 17, 2018 at 1:30 p.m.**

Dated this 13th day of November, 2018.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones Boulevard, Suite 1
Las Vegas, Nevada  89146
*Attorneys for Howard Misle*