Michael Smith (SBN 259267)
Heidi M. Cheng (SBN 289419)
Law Offices of Langley and Chang
4158 Fourteenth Street
Riverside, CA 92501
Telephone: (951) 383-3388
Fax: (877) 483-4434
Heidi@spclawoffice.com

Attorney for Petitioning Creditor(s)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>Howard Misle,<br>               Alleged Debtor. | Case No. BK-S-18-15705-btb<br><br>Chapter 7<br><br>**DECLARATION OF MICHAEL SMITH IN SUPPORT OF OPPOSITION TO MOTION FOR DISMISSAL OF INVOLUNTARY CASE**<br><br>Hearing-<br>Date: December 17, 2018<br>Time: 1:30 PM<br>**Place: Foley Federal Building 300 Las Vegas Boulevard South, Las Vegas, Nevada** |

I, MICHEAL SMITH, declare:

1. I am over the age of eighteen years; the matters set forth herein are of my personal knowledge; and, if called and sworn as a witness herein, I could and would so testify.

2. I am an employee of the Law Offices of Langley and Chang, attorney of record herein for CASS, INC., NICO ALLOYS, INC., CHAL SUPRIZIO, DENYSE MACMILLAN and LARRY LEVINE ("**Petitioning Creditors**"), and at whose direction the service described herein was made.

3. Our office has not received any documented evidence in support of Debtor's Motion for Dismissal of Involuntary Case other than the declaration of Howard Misle, Exhibit A and Exhibit B, which were filed by Debtor in support thereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed at Riverside, California on this 3rd day of December 2018.

/s/ Michael Smith

Michael Smith