Lenard E. Schwartzer, Esq.
Nevada Bar No. 0399
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-mail: bkfilings@s-mlaw.com
*Attorneys for Alleged Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 18-15705-btb |
| HOWARD MISLE | Involuntary Chapter 7 |
| Alleged Debtor. | **ANSWER** |

Howard Misle answers the Involuntary Petition and alleges:

1.  Chapter of the Bankruptcy Code: Admit

2.  Debtor's Name: Admit

3.  Other names: No allegation made

4.  Social Security Number: No allegation made

5.  Employer: No allegation made

6.  Address: Admit as mailing address

7.  Type of Business: Admit

8.  Type of Debt: Admit

9.  Other bankruptcy cases: Admit

10. Venue: Admit

11. Allegations: Deny

12. Transfers of Claims: Admit

13. Petitioner's claims: Admit

/ / /

/ / /

Answer to Involuntary Petition

1

1

Affirmative Defenses:

2

Debtor is not eligible for relief under the Bankruptcy Code because a substantial amount of

3

his assets and income are based on Nevada-licenses medical marijuana business.

4

Relief Requested:

5

Alleged Debtor requests this Court to dismiss the Involuntary Petition.

6

7

DATED:  January 16, 2019

8

/s/ Howard Misle

Howard Misle

9

10

Prepared by:

11

/s/ Lenard E. Schwartzer

12

Lenard E. Schwartzer, Esq.

13

SCHWARTZER & MCPHERSON LAW FIRM

2850 S. Jones Blvd., Suite 1

14

Las Vegas, NV  89146

Las Vegas, Nevada 89101

15

*Counsel for Alleged Debtor*

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

Answer to Involuntary Petition

2