Perry J. Woodward (NV State Bar No. 7217)
Monique D. Jewett-Brewster* (CA State Bar No. 217792)
*Verified Petition to Appear in This Case Only Pending
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Creditor
Rubin Jurman

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HOWARD MISLE,<br><br>Debtor. | CASE NO.  18-15705-BTB<br><br>CHAPTER NO.  7 (Involuntary)<br><br>**JUDGMENT CREDITOR RUBIN JURMAN'S JOINDER IN PETITIONING CREDITORS' OPPOSITION TO DEBTOR'S MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL** |

Judgment Creditor Rubin Jurman ("Creditor"), hereby joins in *Petitioning Creditors' Opposition to Debtor's Motion for Stay of Proceedings Pending Appeal* [ECF No. 97] filed on February 26, 2019 by Petitioning Creditors Cass, Inc., Nico Alloys, Inc., Chal Suprizio, Denyse MacMillan and Larry Levine.

- 2 -

| | |
|---|---|
| 1  Dated: February 26, 2019 | HOPKINS & CARLEY<br>A Law Corporation |

By: /s/ Monique D. Jewett-Brewster
    Perry J. Woodward, NV SBN 7217
    Monique D. Jewett-Brewster *
    Attorneys for Creditor Rubin Jurman
    * *Verified Petition to Appear in This Case Only Pending*